IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:07-CR-00044-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ALEX ANTONIO GRAHAM | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 3, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the defendant's guilty plea to offenses in violation of 21 U.S.C. §§ 841(a)(1) and 846, finding the following property to be forfeitable the United States, *inter alia*:

Personal Property:

A Smith and Wesson 9mm handgun serial number VCM8984 seized on July 17, 2006;

AND WHEREAS, in accordance with 21 U.S.C. § 853(n)(1) and Rule G(4)(a)(iv) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, made applicable to this proceeding by Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, service of the Court's Preliminary Order of Forfeiture was made on Dennis P. Grainger, Executor of the Estate of Homer Grainger via Federal Express, adult signature required, on October 12, 2023. Pursuant to 21 U.S.C. § 853(n)(2), any claim to the property described in the Preliminary Order of Forfeiture

1

by this known potential claimant was due to be filed not later than November 11, 2023. To date the United States has received no such petition, and the docket reflects that none has been filed with the Court;

AND WHEREAS, the additional assets listed in the Preliminary Order of Forfeiture have not been brought into federal custody. Forfeiture of those assets will not be pursued;

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's May 3, 2007, Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is, therefore, ORDERED, ADJUDGED and DECREED:

1. That the above-listed firearm is hereby forfeited to the United States.

2. The United States is directed to dispose of the property according to law, including destruction. If any firearm or ammunition subject to this Order is in the physical custody of a state or local law enforcement agency at the time this Order is entered, the custodial agency is authorized to dispose of the forfeited property by destruction or incapacitation in accordance with its regulations, when no longer needed as evidence.

SO ORDERED, this 7 day of January, 2024.

TERRENCE W. BOYLE
United States District Judge

3